E-FILED
01/06/2022 10:33 AM
KATHY L. SHUPERT, CLERK
COMMON PLEAS COURT
SCIOTO COUNTY OHIO
22CIB00001

IN THE COURT OF COMMON PLEAS
SCIOTO COUNTY, OHIO

JASON WELLS
3458 STATE ROUTE 522
WHEELERSBURG, OHIO 45694,

&

AMANDA WELLS
3458 STATE ROUTE 522
WHEELERSBUG, OHIO 45694,

   PLAINTIFFS,

vs.

PHILLIPS NORTH AMERICAN
CORPORATION
222 JACOB STREET
CAMBRIDGE, MASSACHUSETTS 02141,

   DEFENDANT.

**COMPLAINT WITH JURY DEMAND**

CASE NO. 22CIB001

## COUNT ONE

Now come the Plaintiffs and for their Complaint state to the Court as follows:

1. At all times herein, Plaintiffs have been residents of Scioto County residing at 3458 State Route 522, Wheelersburg, Ohio 45694.

2. Defendant is a corporation doing business in the State of Ohio.

3. Defendant designed, formulated, produced, constructed, created, assembled and/or rebuilt a Phillips C-Pap Machine, SN: H154658167244.

4. That on or around September 2021 Plaintiffs discovered that the foam in the c-pap machine was a cause of cancer and heart attack.

ERSON & ANDERSON CO., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

5. The Plaintiff, Jason Wells, was diagnosed with renal cell carcinoma in January of 2021 and had to have a portion of his kidney removed in March of 2021.

6. Defendant suffered a heart attack as a result of the defective c-pap machine.

7. The design and manufacturing of the c-pap machine was defective pursuant to O.R. C. 2307.74 in manufacturing and as a proximate result of the defective design and manufacturing, Plaintiff, Jason Wells, suffered serious injury to his kidneys and heart.

8. As a direct and proximate result of the defective design of the product, Plaintiffs have incurred and will incur further medical expenses.

9. As a direct and proximate result of the defective design, Plaintiff, Jason Wells, has endured and will continue to endure severe pain and suffering and permanent injury.

## COUNT TWO

10. Paragraphs 1 through 9 are incorporated as if fully rewritten.

11. The Phillips C-Pap Machine, SN: H154658167244 was defective as it did not conform to a representation made by the manufacturer in violation of O.R.C. 2307.73.

12. As a direct and proximate result of the nonconformance, Plaintiff, Jason Wells, suffered serious and permanent injury to his kidneys and heart.

ANDERSON & ANDERSON CO., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

13. As a direct and proximate result of the nonconformance, Plaintiffs have endured severe pain and suffering and permanent injury.

## COUNT THREE

14. Paragraphs 1 through 13 are incorporated herein as if fully rewritten.

15. The Phillips C-Pap Machine, SN: H154658167244, was defective due to an inadequate warning or instructions pursuant to the provision of O.R.C. 2307.76.

16. As a direct and proximate result of the inadequate warning or instruction, Plaintiff, Jason Wells, suffered serious and permanent injury to his kidneys and heart.

17. As a direct and proximate result of the inadequate warning or instructions, Plaintiff, Jason Wells, has incurred and will incur medical expenses.

18. As a direct and proximate result of the inadequate warning or instructions, Plaintiffs have endured and will continue to endure severe pain and suffering and permanent injury.

## COUNT FOUR

19. Paragraphs 1 through 18 are incorporated herein as if fully rewritten.

20. The Defendant has breached an express warranty as defined in O.R.C. 1302.26.

DERSON & ANDERSON CO., L.PA
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

21. As a direct and proximate result of Defendant's breach of the express warrants, Plaintiff, Jason Wells, has incurred and will incur medical expenses.

22. As a direct and proximate result of Defendant's breach of the implied warranty, Plaintiffs have endured and will endure pain and suffering and permanent injury.

## COUNT FIVE

23. Paragraphs 1 through 22 are incorporated herein as if fully rewritten.

24. The Defendant has breached an implied warranty of merchantability as defined in O.R.C. 1302.27.

25. As a direct and proximate result of Defendant's breach of the implied warranty or merchantability, Plaintiff has incurred and will incur medical expenses.

26. As a direct and proximate result of Defendant's breach of the implied warranty, Plaintiffs have endured and will endure pain and suffering and permanent physical injury.

## COUNT SIX

27. Paragraphs 1 through 2 are incorporated herein as if fully rewritten.

28. The Defendant has breached an implied warranty of fitness as defined in O.R.C. 1302.27.

ERSON & ANDERSON Co., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

29. As a direct and proximate result of Defendant's breach of implied warranty of fitness, Plaintiff has incurred and will incur medical expenses.

30. As a direct and proximate result of Defendant's breach of implied warrant of fitness, Plaintiffs have endured and will endure pain and suffering and permanent physical injury.

## COUNT SEVEN

31. Paragraphs 1 through 30 are incorporated herein as if fully rewritten.

32. Due to the injuries sustained by Plaintiff, Jason Wells, the Plaintiff's wife, Amanda Wells, has lost services and love and affection with her husband, Jason Wells, as a direct and proximate result of the negligence of Defendant, Phillips North American Corporation.

33. The Plaintiff, Jason Wells, has been damaged as a result of the loss of consortium of his wife, Amanda Wells.

WHEREFORE, Plaintiffs pray for judgment against the Defendant in an amount in excess of $25,000.00 for:

1. Defective design pursuant to O.R.C. 2307.74.
2. Nonconformance with representation made by manufacturer pursuant to O.R.C. 2307.73.
3. Inadequate warning or instructions pursuant to O.R.C. 2307.76.
4. Breach of Express Warranty pursuant to O.R.C. 1307.26.

ANDERSON & ANDERSON CO., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785

5. Breach of Implied Warranty of Merchantability as defined in O.R.C. 1302.27.

6. Breach of Warranty of Fitness as defined in O.R.C. 1302.27.

7. Amanda Wells' loss of consortium.

8. For judgment against the Defendant for lost wages.

9. For attorney fees, court costs, and any and all other relief this court may deem just and equitable.

                                Respectfully submitted,

                                **ANDERSON & ANDERSON Co., L.P.A.**
                                408 Park Avenue
                                Ironton, Ohio 45638

                                By    <u>/S/ Brigham M. Anderson 1/6/2022</u>
                                              Brigham M. Anderson #0078174
                                              Co-Counsel for Plaintiffs

                                By    <u>/S/ Justin Blume 1/6/2022</u>
                                              Justin Blume #0082105
                                              Co-Counsel for Plaintiffs

ANDERSON & ANDERSON Co., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
IRONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785



THE STATE OF OHIO
SCIOTO COUNTY, SS

I HEREBY CERTIFY THAT THE FOREGOING AND ANNEXED IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT NOW ON FILE IN MY OFFICE, WITNESS MY HAND AND SEAL OF SAID COURT

JAN 06 2022

KATHY SHUPERT, CLERK
BY <u>B. [illegible]</u> DEPUTY

## JURY DEMAND

Now come the Plaintiffs, by and through undersigned counsel, and move the Court for a trial by jury in all matters.

Respectfully submitted,

**ANDERSON & ANDERSON Co., L.P.A.**

By  /S/ Brigham M. Anderson 1/6/2022
    Brigham M. Anderson #0078174
    Co-Counsel for Plaintiffs

By  /S/ Justin Blume 1/6/2022
    Justin Blume #0082105
    Co-Counsel for Plaintiffs

RSON & ANDERSON CO., L.P.A.
ATTORNEYS AT LAW
408 PARK AVENUE
RONTON, OHIO 45638
(740) 532-7779
FAX (740) 532-7785